IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MAURICE NOBLE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3980

Opinion filed January 7, 2015.

Petition for Writ of Mandamus -- Original Jurisdiction.

Maurice Noble, pro se, Petitioner.

Pamela Jo Bondi, Attorney General and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

DENIED. See Munn v. Fla. Parole Comm'n, 807 So. 2d 733 (Fla. 1st DCA 2002) (holding that where the trial court has recently taken action on a pending pleading, mandamus relief was not warranted).

BENTON, CLARK, and SWANSON, JJ., CONCUR.